IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERMAN LEVEL DAVIS,   No. C 09-03754 CW (PR)

    Petitioner,   ORDER OF DISMISSAL

  v.

MIKE MARTEL, Warden,

    Respondent.
_____/

    This action was opened in error when the Court received a state habeas petition form from Petitioner that was intended to be filed in a previously-filed action -- Case No. C 08-1978 CW (PR).

    In Case No. C 08-1978 CW (PR), Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 containing eleven claims in which he challenges the validity of his state conviction.  Petitioner conceded that he had not exhausted his state remedies as to claims one through nine.  However, he alleged that he has appealed claims ten and eleven to the California Court of Appeal and the California Supreme Court.  Thus, it appeared that Petitioner had filed a mixed petition containing exhausted and unexhausted claims.  Exhibit four of Petitioner's habeas petition, entitled "Notice" asked the Court to stay this case in order to allow him to exhaust claims one through nine in state court.  (July 7, 2008 Order in Case No. C 08-1978 CW (PR) at 8-9 (citing Pet'r Ex. 4).)  Therefore, on July 7, 2008, the Court

granted Petitioner's request for a stay of habeas proceedings pending exhaustion of claims one through nine.

On August 17, 2009, Petitioner filed the present state habeas petition form along with a document entitled, "Notice," which states that he has "exhausted all state remedies of the (1-9) previously unexhausted claims." (Notice at 1.) However, he did not indicate that these documents were to be filed in Case No. C 08-1978 CW (PR). Therefore, as mentioned above, a new action was opened. Petitioner has paid the $5.00 filing fee.

Petitioner currently has two separate habeas actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Petitioner's state habeas petition form from this action along with all other documents filed by Petitioner. The Clerk is then directed to file them in his previously-filed action, Case No. C 08-1978 CW (PR). The Clerk is further directed to mark his state habeas petition form and all other documents as filed on the dates they were received by the Court. The Court will review his state habeas petition form and any other pending motions in a separate written Order in Case No. C 08-1978 CW (PR).

The present action is DISMISSED because it was opened in error. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/16/09

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHERMAN LEVEL DAVIS,

      Plaintiff,

  v.

MIKE MARTEL et al,

      Defendant.

Case Number: CV09-03754 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherman Level Davis D-40369
California State Prison - Mule Creek
P.O. Box 409020
Ione, CA 95640

Dated: October 16, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3